

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-18-2011

# USA v. John O'Neal

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4394

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. John O'Neal" (2011). *2011 Decisions.* Paper 863.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/863

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 8, 2011

No. 07-4394

United States of America

v.

John A. O'Neal, Appellant

(E.D. Pa. No. 04-mj-01060)

Present:     HARDIMAN, ALDISERT, *Circuit Judges* and RESTANI [*], *Judge*

1.     Motion by Appellee to Correct Opinion of the Court.


Respectfully,
Clerk/slc

_____ORDER_____
The foregoing Motion is GRANTED.

   IT IS HEREBY ORDERED that the opinion in the above case, filed June 22, 2011, be amended as follows:

Page 3, Section II, second line, which read:
   On appeal, the United States concedes that it failed to demonstrate that O'Neal's protest occurred on VA property.


shall read:
   In its Summary of Argument in the brief  before us the United States Attorney states:  "The government, upon careful consideration of the matter, reverses its earlier position and agrees with that part of the Appellant's argument asserting that the government presented insufficient evidence to support a restriction on O'Neal's political activity on October 28, 2004. The government did not sustain its burden in defeating the presumption that the area where O'Neal mounted his protest was a public forum; and

---

   [*]The Honorable Jane A. Restani, Judge of the United States Court of International Trade, sitting by designation.

further did not establish the circumstances justifying a restriction on political speech in a public forum."


By the Court,

/s/ Thomas M. Hardiman
Circuit Judge


Dated:   July 18, 2011
CRG:\ All counsel of record